# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GLENDA THOMAS

**VERSUS**

**FLOWSERVE US INC.**

**CIVIL ACTION**

**NO. 17-1804-JWD-RLB**

Consolidated for Discovery
*Purposes Only* **with**
**CV 17-482-JWD-RLB**
*Applies to CV 17-1804-JWD-RLB*

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 22, 2019, with which this Court agrees, to which an objection was filed;

**IT IS ORDERED** that Plaintiff's Renewed Motion for Leave to File Amended Petition for Damages (Doc. 24) is GRANTED.

**IT IS FURTHER ORDERED** that the Court instruct the Clerk's Office to enter Plaintiffs' Amended Complaint (Doc. 24-2) into the record.

**IT IS FURTHER ORDERED** that subsequent to the entry of the Amended Complaint into the record, which will destroy diversity jurisdiction in this action, the Court REMAND this action to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on <u>July 15, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**